IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PEYMAN ROSTAMI,<br><br>    Plaintiff,<br><br>v.<br><br>NAAS MILAN, LLC, SNA MILAN, LLC, RAJ & MILAN, INC., ALTAF POPATIYA, and NILOFER HAMIRANI,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:24-CV-00011-SEG |

**ORDER**

This matter having come before the Court on Plaintiff Peyman Rostami (hereinafter, "Plaintiff") and Defendants Naas Milan, LLC, SNA Milan, LLC, Raj & Milan, Inc., Altaf Popatiya and Nilofer Hamirani's (hereinafter, "Defendants") Consent Motion for Order Administratively Staying Action Pending Completion of Settlement, and for good cause shown, the Court hereby ORDERS the following:

1.

Plaintiff and Defendants have reached an agreement to resolve all claims asserted in Plaintiff's Complaint, Amended Complaint and Defendant Naas Milan's counterclaims by entering into a Confidential Settlement Agreement setting forth the terms of the settlement.

2.

The Parties are directed to comply with the terms of their written Settlement Agreement.

3.

This action is hereby administratively stayed pending performance of the obligations in the Settlement Agreement. This Court shall retain jurisdiction over this action and the parties to enforce the terms of the Settlement Agreement to the extent necessary. Upon timely compliance with the terms of the Settlement Agreement, the Court's jurisdiction over this action shall end, and this Consent Order will be deemed released and satisfied.

4.

Any party may file a motion to reopen the case for purposes of requesting to enforce the Settlement Agreement. Because the Court is retaining jurisdiction over this action for this purpose, no party shall be required to initiate a new action for

purposes of enforcing the Settlement Agreement. Without limitation of the foregoing, in the event of a default of the Settlement Agreement, Plaintiff shall be entitled to present a Consent Motion for Immediate Entry of a Consent Judgment to the Court in the agreed upon form and amount for immediate issuance in the prescribed amount.

5.

Upon full compliance with the terms of the Settlement Agreement, the parties will file a notice of same and consent to termination of the Court's retention of jurisdiction of this matter.

**SO ORDERED** this 3rd day of February, 2025.

*/s/ Sarah E. Geraghty*
Sarah E. Geraghty
United States District Judge